UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO AMAR FULLER.

    Plaintiff,

Case No. 16-cv-10753
Hon. Matthew F. Leitman

v.

JOSEPH MONTGOMERY, et al.,

    Defendants.

---

## ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBIT IN THE TRADITIONAL MANNER

This matter coming before this Honorable Court on Plaintiff's Ex Parte Motion and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Exhibit E to Plaintiff's Motion for Partial Summary Judgment may be filed in the traditional manner.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: April 13, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2017, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (313) 234-5113