UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO AMAR FULLER,

      Plaintiff,                          Case No. 16-cv-10753
                                             Hon. Matthew F. Leitman

v.

JOSEPH MONTGOMERY, et al.,

      Defendants.

_____/

## ORDER GRANTING STIPULATION
## TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

Having reviewed the parties' August 8, 2017 Stipulation for Dismissal With Prejudice and Without Costs,

**IT IS HEREBY ORDERED** that this case is hereby DISMISSED WITH PREJUDICE and without costs or attorney fees to either party.

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: August 9, 2017

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 9, 2017, by electronic means and/or ordinary mail.

                                               s/Holly A. Monda
                                               Case Manager
                                               (810) 341-9764